**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: December 16, 2010**

_____
BK1012049
MNL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | |
|---|---|
| IN RE: | Case No. 10-37232 |
| Judith A. Berry | Chapter 13 |
| | Judge Walter |
| Debtor | |
| | **ORDER FOR RELIEF FROM STAY AND CO-DEBTOR STAY OF U.S. BANK, N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER (PROPERTY ADDRESS: 6549 SOUTHERN VISTA DRIVE ENON, OH 45323) (DOCKET #18)** |

This matter came to be considered on the Motion for Relief From Stay and Co-Debtor Stay of Glenn A. Berry (name of co-debtor) (the "Motion") filed by U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer ("Movant") on November 18, 2010 as Pacer Document #18 for the property located at 6549 Southern Vista Drive Enon, OH 45323.

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all necessary parties were served with the Motion as indicated on the Certificate of Service attached to said Motion. No party filed a response or

otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

l.	The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code and the co-debtor stay imposed by Section 1301 of the Bankruptcy Code, are terminated with respect to Movant, its successors and/or assigns.

2.	The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor.

**SO ORDERED**

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
Bar Registration No.0077062
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Glenn A. Berry, Co-Debtor
6549 Southern Vista Drive
Enon, OH 45323
ORDINARY US MAIL, POSTAGE PRE-PAID

###